# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ONEPASS DATA TECHNOLOGY LLC, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|     v. | )  C.A. No. 25-1111-CFC |
| | ) |
| AT&T INC., AT&T COMMUNICATIONS LLC, and AT&T MOBILITY LLC | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Jeffrey J. Lyons and the law firm of Baker & Hostetler LLP are withdrawn, and the appearance of Kelly E. Farnan, and the law firm of Richards, Layton & Finger, P.A. are entered for Defendants AT&T Inc., AT&T Communications LLC, and AT&T Mobility LLC in this matter.

| | |
|---|---|
| */s/ Jeffrey J. Lyons* | */s/Kelly E. Farnan* |
| Jeffrey J. Lyons (#6437) | Kelly E. Farnan (#4395) |
| Baker & Hostetler LLP | Richards, Layton & Finger, P.A. |
| 1201 North Market Street | One Rodney Square |
| Suite 1407 | 920 North King Street |
| Wilmington, DE 19801-1147 | Wilmington, DE 19801 |
| (302) 407-4222 | (302) 651-7700 |
| jjlyons@bakerlaw.com | farnan@rlf.com |
| | |
| *Withdrawing Attorney for Defendants.* | *Substituting Attorneys for Defendants* |

Dated: October 22, 2025